UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SPIROS N. XENOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14CV1741 AGF |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Plaintiff is the prevailing party in his action challenging the Commissioner of Social Security's denial of his application for disability insurance benefits. The Commissioner has informed the Court that the parties have agreed to an award of fees in the amount of $5,600.00. The parties have also agreed that Plaintiff is entitled to $100.00 for his attorney's filing fee to appear *pro hac vice*, which shall issue from the Judgment Fund administered by the United States Treasury. The Court's review of the record indicates that these amounts are reasonable and fair. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), fees must be paid directly to Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $5,600.00, to be paid by the Social Security Administration directly to Plaintiff. (Doc. No. 25.)

**IT IS FURTHER ORDERED** that Plaintiff is also awarded $100.00 in costs, to be issued from the Judgment Fund administered by the United States Treasury.

Dated this 11th day of May, 2016.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE